# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Republic Technologies (NA), LLC, et al.

                              Plaintiff,

v.

Aftab Mahmood

                              Defendant.

Case No.: 1:19−cv−07955

Honorable Sharon Johnson Coleman

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, October 23, 2020:

    MINUTE entry before the Honorable Sharon Johnson Coleman: Telephonic motion hearing held on 10/23/2020. Defendant did not appear nor contact the Court. Plaintiffs' motion for entry of Clerk's default pursuant to rule 55(a) [25] is granted. Default is entered pursuant to FRCP 55(a) for failure to answer or otherwise plead. Mailed notice. (ym, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.