UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division

Republic Technologies (NA), LLC, et al.

Plaintiff,

v.

Case No.: 1:19−cv−07955

Honorable Sharon Johnson Coleman

Aftab Mahmood

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 16, 2020:

MINUTE entry before the Honorable Sharon Johnson Coleman: Because the Court entered default against defendant on 10/23/2020 [27], this case is dismissed. Civil case terminated. Mailed notice. (ym, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.